

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00022-CV

DENTON TRANSITIONAL LTCH, L.P., D/B/A INTEGRITY TRANSITIONAL HOSPITAL          APPELLANT

V.

TRUE HEALTH DIAGNOSTICS, LLC          APPELLEE

------------

### FROM THE 393RD DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 16-06430-393

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 4, 2018, we notified appellant that its brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant filed with the court within ten days an appellant's brief and a

---

[1]*See* Tex. R. App. P. 47.4.

motion reasonably explaining the failure to file an appellant's brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.


PER CURIAM

PANEL:  PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DELIVERED:  June 14, 2018